JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
JEAN-PAUL HENDRICKS, ESQ.
Nevada Bar No. 10079
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone:  (702) 629-7900
Facsimile:   (702) 629-7925
E-mail:       jag@mgalaw.com
                   jph@mgalaw.com

*Attorneys for Defendants Ahern Rentals, Inc. & Don F. Ahern*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EQUIPMENTSHARE.COM INC, a Delaware corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>AHERN RENTALS, INC., a Nevada corporation; DON F. AHERN, an individual; and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No.:     2:21-cv-01916-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO ANSWER**<br><br>**(Third Request)** |

Pursuant to Local Rules IA 6-1 and IA 6-2 and Local Rule 7-1, it is hereby stipulated by and between Plaintiff EQUIPMENTSHARE.COM INC and Defendants, AHERN RENTALS, INC and DON F. AHERN, by and through their counsel to extend the current deadline of January 3, 2022, for Defendants to respond to the Complaint as follows:

On November 17, 2021, Plaintiff filed its Complaint [ECF No. 1]. The parties filed a stipulation to extend the initial response deadline on December 3, 2020. [ECF No. 5].  The order granting the first stipulation was entered that same day. [ECF No. 8].  Defendants filed a second stipulation to extend the deadline on December 20, 2021. [ECF No. 9]. The court granted the second extension on Decembers 30, 2021 [ECF No. 10]. Defendants' response is currently due on January 3, 2022.  The undersigned hereby agree to a one (1) week extension of that deadline and that Defendants

1

23441505.1

shall have until January 10, 2021 to file their response.

      This is the parties' third request for an extension of time of any deadline in this matter. It is not intended to cause any delay or prejudice any party. Rather, the parties hereto agree to an extension in good faith to allow the Defendants additional time to gather information and respond to the complaint.

| DATED this 3rd day of January, 2022. | DATED this 3rd day of January, 2022. |
|---|---|
| **MAIER GUTIERREZ & ASSOCIATES** | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
| /s/ Jean-Paul Hendricks | /s/ Emily A. Ellis |
| JOSEPH A. GUTIERREZ, ESQ.<br>Nevada Bar No. 9046<br>JEAN-PAUL HENDRICKS, ESQ.<br>Nevada Bar No. 10079<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendants Ahern Rentals, Inc. & Don F. Ahern* | MITCHELL J. LANGBERG, ESQ.<br>Nevada Bar No. 10118<br>EMILY A. ELLIS, ESQ.<br>Nevada Bar No. 11956<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106<br>*Attorneys for Plaintiff Equipmentshare.com Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED    1-4-2022

2

23441505.1